No. 534. WALTER DAVIS *v.* JOHN BARTON PAYNE, AGENT, ETC. January 14, 1924. Petition for a writ of certiorari to the Supreme Court of the State of Oregon denied. *Mr. William M. Cake* and *Mr. Will R. King* for petitioner. No appearance for respondent.

———

No. 701. LEILA A. CAWTHON, ADMINISTRATRIX, ETC. *v.* FRED W. FEHR. January 14, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Murray Seasongood* for petitioner. *Mr. Sidney G. Stricker* for respondent.

———

No. 715. ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY *v.* J. FRED DRAYTON. Error to the Circuit Court of Appeals for the Eighth Circuit. January 14, 1924. Petition for a writ of certiorari herein denied. *Mr. Alexander Britton* and *Mr. Gardiner Lathrop*, for plaintiff in error, in support of the petition. No appearance for defendant in error.

———

No. 726. SEABOARD AIR LINE RAILWAY COMPANY *v.* O. T. BELSHE. Error to the Supreme Court of the State of North Carolina. January 14, 1924. Petition for a writ of certiorari herein denied. *Mr. Murray Allen,* for plaintiff in error, in support of the petition. *Mr. Clyde A. Douglass, Mr. William C. Douglass* and *Mr. Robert N. Simms,* for defendant in error, in opposition to the petition.

———

No. 727. NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY *v.* V. C. PICKERING, ADMINISTRATOR, ETC. January 14, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.